Certificate Number: 00301-RI-DE-021478468

Bankruptcy Case Number: 13-11740



00301-RI-DE-021478468

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 24, 2013, at 6:56 o'clock PM EDT, MAUREEN DEVINE completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Rhode Island.

Date:   July 24, 2013              By:     /s/Nelly Fernandez

Name:   Nelly Fernandez

Title:  Bankruptcy Team Lead